07-60253.rr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60253-CIV-MARTINEZ/BROWN

GEORGE LIPS,

       Plaintiff,

vs.

CITY OF HOLLYWOOD, A Florida Municipal
Corporation; Officer CHERIE STETKAR, Officer
KAREN ZORSKY, Officer FRANCIS HOEFLINGER,
Officer ROBERT GIANNO and Officer DONALD
BAIERLEIN, individually,

       Defendants.
_____/

## REPORT AND RECOMMENDATION- MOTIONS TO TAX COSTS

**This matter** is before this Court on Defendants...Verified Motion to Tax Costs, (D.E. 177), filed April 4, 2008, and City of Hollywood's Verified Motion to Tax Costs, (D.E. 178), filed April 7, 2008. The Court has considered the motions, noted that there are no responses to either one, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motions by default pursuant to Local Rule 7.1.C.

This Court has conducted a review of the costs sought and, in general, they are permissible and reasonable, particularly in light of nothing challenging them. However, the Court must recommend the disallowance of two of the costs sought in the motion of defendants Stetkar, Zorsky et.al. They are: (1) $243.80 for a demonstrative exhibit; and (2) $58.20 for a transcript of plaintiff's opening statement. These are not generally permissible costs and no

justification for same has adequately been shown.

Therefore, for the reasons stated herein, and the Court being otherwise fully advised in the premises, it is respectfully recommended that costs be taxed in favor of the City of Hollywood and against plaintiff in the sum of $7,776.73, and in favor of defendants Stetkar, Zorsky et.al in the sum of $ 2,127.60.

The parties have ten (10) days from the date of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Jose E. Martinez, United States District Judge for the Southern District of Florida. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of May, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE\

cc: Honorable Jose E. Martinez
Counsel of record