UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:07-60253-CIV-MARTINEZ-BROWN**

GEORGE LIPS,

    Plaintiff,

vs.

CITY OF HOLLYWOOD, et. al.,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE BROWN'S REPORT AND RECOMMENDATION ON MOTIONS TO TAX COSTS

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Defendants, Cherie Stetkar, Karen Zorsky, Francis Hoeflinger, Robert Gianino and Donald Baierlein's Verified Motion to Tax Costs (D.E. No. 177) and Defendant City of Hollywood's Motion to Tax Costs (D.E. No. 178). The Magistrate Judge filed a Report and Recommendation **(D.E. No. 192)**, recommending that these motions be granted. The Court has reviewed the entire file and record and notes that no objections to this Report and Recommendation has been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Brown 's Report and Recommendation **(D.E. No. 192)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

    1.    Defendants, Cherie Stetkar, Karen Zorsky, Francis Hoeflinger, Robert Gianino and Donald Baierlein's Verified Motion to Tax Costs (D.E. No. 177) is **GRANTED in part and**

**DENIED in part**.  The motion is granted in that costs are taxed in favor of Defendants Cherie Stetkar, Karen Zorsky, Francis Hoeflinger, Robert Gianino and Donald Baierlein and against Plaintiff in the sum of $2,127.60.  The motion is denied in all other respects.

   2.   Defendant City of Hollywood's Motion to Tax Costs (D.E. No. 178) is **GRANTED**.  Costs are taxed in favor of Defendant the City of Hollywood and against plaintiff in the sum of $7,776.73.

   DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record